UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-559 (SHS)

       -against-                                          :

                                                                   ORDER

MAULABAKSH GORGEECH, and           :
NIAMATULLAH GORGEECH,
                                                                 :
                 Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

     IT IS HEREBY ORDERED that the conference scheduled for January 14, 2022, is moved up to January 13, 2022, at 10:30 a.m. The conference will take place in Courtroom 23A.

Dated: New York, New York
          January 5, 2022

                                                          SO ORDERED:

                                                          Sidney H. Stein, U.S.D.J.