

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2022

**By ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Maulabaksh Gorgeech, et al.*, 21 Cr. 559 (SHS)

Dear Judge Stein:

The Government respectfully writes on behalf of the parties in the above-captioned case to request that the Court adjourn the status conference that is currently scheduled for February 28, 2022, at 3:30 p.m. The additional time would permit the defense counsel to continue reviewing discovery, and for the parties to continue discussing a potential pretrial disposition of this matter.

The Government therefore respectfully requests that the Court schedule a status conference during the week of April 18, 2022, or thereafter.

In light of this joint request, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), until approximately April 18, 2022 or any alternative date set by the Court, in order to afford time for the defense to continue their review of discovery, and to engage in discussions regarding any potential for a pretrial disposition accordingly. The defense consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS United States
Attorney for the Southern District of New York

By: _____
Kimberly J. Ravener
Benjamin Woodside Schrier
Assistant United States
Attorneys (212) 637-2358/1062

cc: Defense Counsel

The conference is adjourned to April 19, 2022, at 3:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until April 19, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
February 25, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.