

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2022

**By ECF**
The Honorable Sidney H. Stein            **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***United States v. Maulabaksh Gorgeech, et al.*, 21 Cr. 559 (SHS)**

Dear Judge Stein:

The Government respectfully writes on behalf of the parties in the above-captioned case to request that the Court adjourn the status conference that is currently scheduled for May 19, 2022, at 3:00 p.m, for a period of approximately 60 days. The additional time would permit the defense counsel to continue reviewing discovery, and for the parties to continue discussing a potential pretrial disposition of this matter.

In light of this joint request, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), until approximately July 19, 2022 or any alternative date set by the Court, in order to afford time for the defense to continue their review of discovery, and to engage in discussions regarding any potential for a pretrial disposition accordingly. The defense consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Kimberly J. Ravener*

Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358

cc: Defense Counsel

**The conference is adjourned to July 19, 2022, at 4:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until July 19, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

**Dated: New York, New York**            **SO ORDERED:**
**May 12, 2022**

Sidney H. Stein, U.S.D.J.