

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2022

**By ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Maulabaksh Gorgeech, et al.*, 21 Cr. 559 (SHS)

Dear Judge Stein:

    The Government respectfully writes on behalf of the parties in the above-captioned case to request that the Court adjourn the status conference that is currently scheduled for July 19, 2022, at 4:30 p.m, for a period of approximately 30 days. Specifically, based on the parties' availability, the parties request a date between August 15 to August 17, 2022, subject to the Court's schedule. The additional time would permit the defense counsel to continue reviewing discovery, and for the parties to continue discussing a potential pretrial disposition of this matter.

    In light of this joint request, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), until approximately August 15, 2022 or any alternative date set by the Court, in order to afford time for the defense to continue their review of discovery, and to engage in discussions regarding any potential for a pretrial disposition accordingly. The defense consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Kimberly J. Ravener*
Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358

cc: Defense Counsel

**The request to adjourn the July 19 conference is denied. This is the seventh request for an adjournment of the initial conference. It is time to get this action moving.**

**Dated: New York, New York**
    **July 13, 2022**

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.