UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-559 (SHS) |
| -against- | : | |
| | | ORDER |
| MAULABAKSH GORGEECH, and NIAMATULLAH GORGEECH, | : | |
| | : | |
| Defendants. | | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    A status conference having been held today, with counsel for defendants present and waiving their client's appearances,

    IT IS HEREBY ORDERED that

    1.    Any defense motions are due on or before October 3, 2022; the government's responses to any motions are due by October 17;

    2.    There will be a status conference on October 3 at 10:00 a.m.;

    3.    The last date for reciprocal discovery by the defense is January 23, 2023;

    4.    The proposed jury charges, any motions in limine, and, if the parties wish, proposed voir dire are due on or before March 7, 2023;

    5.    Responses to any motions in limine are due by March 14, 2023;

    6.    The trial of this action shall commence on March 28, 2023, at 9:30 a.m., in Courtroom 23A; and

7.      At the request of the government, and with the consent of defendants, the time is excluded from calculation under the Speedy Trial Act from today until March 28, 2023. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       August 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.