UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-559 (SHS) |
| -against- | : | |
| | | ORDER |
| MAULABAKSH GORGEECH, and | : | |
| NIAMATULLAH GORGEECH, | | |
| | : | |
| Defendants. | | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that a conference is scheduled for Niamatullah Gorgeech on February 23, 2023, at 11:00 a.m., and for Maulabaksh Gorgeech on February 28, 2023, at 2:30 p.m.

Dated:  New York, New York
        February 16, 2023

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.