UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-559 (SHS) |
| -v- | : | ORDER |
| MAULABAKSH GORGEECH, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the adjournment of the sentence of Niamatullah Gorgeech to July 31, 2023, at 2:30 p.m.,

IT IS HEREBY ORDERED that the sentence of Maulabaksh Gorgeech is adjourned to July 31 at 3:00 p.m. The defense submission is due by July 10, the government submission is due by July 17.

Dated: New York, New York
May 22, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.