# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

July 22, 2024

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

Re:  *United States of America v. Maulabaksh Gorgeech*,
Case No. 21 Cr. 559 (SHS)

Your Honor,

On February 28, 2023, Maulabaksh Gorgeech, the defendant in the above-referenced matter, pled guilty before Your Honor to a violation of 21 U.S.C. § 963. The case was subsequently referred to the Probation Department for a presentence investigation. Mr. Gorgeech's sentencing is currently scheduled for September. However, the presentence interview has not yet occurred. Undersigned counsel, who has been out of the country and has now been diagnosed with Covid-19, wishes to be present with Mr. Gorgeech at the interview.

In light of these circumstances, and after consulting with Officer Jill Jeffries of the Probation Department, we respectfully request an adjournment of sentencing to January 2025, or sometime thereafter. This will allow enough time for the Probation Department to prepare a complete and comprehensive presentence report for the Court and for the parties to review the report prior to sentencing.

I have consulted with Alexander Li, attorney for the Government, and he advises that he does not object.

Of course, we rely on the Court's sound judgment and thank Your Honor for your consideration of this matter.

Respectfully,

Steve Zissou, Esq.

SZ/jc

**The sentencing is adjourned to January 23, 2025, at 2:30 p.m. The defense submission is due by January 2, the government submission is due by January 9, 2025.**

**Dated: New York, New York
July 22, 2024**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.