UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-559 (SHS) |
| -v- | : | <u>ORDER</u> |
| MAULABAKSH GORGEECH, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of Maulabaksh Gorgeech is adjourned to May 14, 2025, at 2:30 p.m. The defense submission is due by April 30, the government submission is due by May 7, 2025.

Dated: New York, New York
         January 15, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.