UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MAULABAKSH GORGEECH,

              Defendant.

21-cr-559 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant Maulabaksh Gorgeech's May 5, 2026 letter seeking a two-point reduction in his total offense level pursuant to section 4C1.1 of the U.S. Sentencing Guidelines. (*See* Dkt. No. 92.)  Gorgeech explains that he has "completed numerous post-sentencing rehabilitation that evidences his commitment to his rehabilitation" and appears to claim that these actions entitle him to an offense-level adjustment under section 4C1.1. (*Id.*)

The Court declines to reduce Gorgeech's total offense level pursuant to section 4C1.1.  At sentencing, Gorgeech's total offense level was adjusted under section 3B1.1(a) to account for his role as an organizer or leader of his criminal scheme. (*See* Dkt. No. 88 at 6 (presenting the Presentence Investigation Report's calculation of Gorgeech's total offense level, which this Court adopted at sentencing).)  Pursuant to section 4C1.1(a)(10), a defendant is ineligible for an adjustment under section 4C1.1 when he has received an aggravating role enhancement under section 3B1.1 for being an organizer or leader of the criminal scheme.  Accordingly, even if this Court were to retroactively recalculate Gorgeech's total offense level, the adjustment he seeks would be disallowed.

To the extent Gorgeech intended for his letter to serve as a motion for compassionate release pursuant to 18 U.S.C. § 3582(c), his asserted commitment to rehabilitation by itself is an insufficient basis on which to grant that motion.  If Gorgeech intends to pursue a motion for compassionate release, he must submit a motion to this Court setting forth in detail facts to support the bases for his claimed entitlement to relief considering the factors set forth in section 3582(c) as well as in 18 U.S.C. § 3553(a).

1

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant as follows: Maulabaksh Gorgeech [91362-054], FMC Devens, Federal Medical Center, P.O. Box 879, Ayer, MA 01432.

Dated:  New York, New York
         May 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2